IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

EVA BENEDELOVA, *et al*.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al*.,

Defendants.

Case No. 3:25-cv-00358-SLG

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION ON MOTION TO REMAND TO AGENCY FOR FINAL ADJUDICATION**

Before the Court at Docket 8 is the government's Motion for Expedited Consideration on the Motion to Remand to Agency for Final Adjudication. Plaintiffs filed a non-opposition to the motion at Docket 10. Upon due consideration, Defendant's Motion for Expedited Consideration is GRANTED. IT IS ORDERED:

1. Plaintiffs will respond to the Motion to Remand to Agency for Final Adjudication by **12:00 PM AKST on February 17, 2026**.
2. Defendants, if they choose, shall reply to any opposition by **12:00 PM AKST on February 18, 2026**.

DATED this 12th day of February, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE