# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

EVA BENEDELOVA, *et al*.,

      Plaintiff,

      v.

USCIS, *et al.*,

      Defendants.

Case No. 3:25-cv-00358-SLG

## ORDER ON JUDGE GLEASON'S CHAMBERS COPIES

Before the Court at Docket 13 is Defendants' Response in Opposition re 6 Motion to Remand filed by Pavel Benedela, Eva Benedelova. The filing is greater than 50 pages.

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds 50 pages, including attachments. Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits/Attachments must be separately identified with readily visible tabs.

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

IT IS SO ORDERED.

DATED this 19th day of February, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:25-cv-00358-SLG, *Benedelova, et al. v. USCIS, et al.*
Order on Chambers Copies
Page 2 of 2
Case 3:25-cv-00358-SLG    Document 15    Filed 02/19/26    Page 2 of 2