**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| EVA BENEDELOVA, *et al.* | |
| Plaintiffs, | |
| v. | Case No. 3:25-cv-00358-SLG |
| UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.* | |
| Defendants. | |

**ORDER ON JOINT STIPULATION FOR REMAND**

Before the Court at Docket 23 is the Joint Stipulation for Remand and Oath Ceremonies.  Upon due consideration, the stipulation is **GRANTED**. Pursuant to agreement between Plaintiffs Eva Benedelova and Pavel Benedela, through their respective counsel, and Defendants United States Citizenship and Immigration Services ("USCIS"), Joseph B. Edlow, and Bear Dolbeare, through their respective counsel, IT IS HEREBY ORDERED that:

- This matter is **REMANDED** to USCIS to provide Plaintiffs with an Oath of United States Citizenship no later than **June 10, 2026**.

- Plaintiffs shall solely be responsible for any travel costs, fees, hotels, and any other cost associated with attending their oath ceremonies.

- The parties agree that the Court shall retain jurisdiction only to the extent that it shall enforce this Order if necessary. The Clerk shall enter a final judgment and close this case accordingly.

DATED this 1st day of June 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE