# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| EVA BENEDELOVA, et al., | ) |
| *Plaintiffs* | ) |
| v. | )    Civil Action No.   3:25-cv-00358-SLG |
| | ) |
| UNITED STATES CITIZENSHIP & | ) |
| IMMIGRATION SERVICES, et al., | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined, and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this matter is REMANDED to the United States Citizenship and Immigration Services to provide Plaintiffs with an Oath of United States Citizenship. Plaintiffs shall solely be responsible for any travel, fees, hotels and any other cost associated.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: June 1, 2026

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court